UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | 04CR10381JLT |
| ) CRIMINAL NO. | |
| v.  ) VIOLATIONS: | |
| )   21 U.S.C. § 841(a)(1)- | |
| ROSS BAPTISTA  ) Possession with Intent to | |
| )   Distribute and Distribution | |
| )   of Heroin | |

INDICTMENT

COUNT ONE

(21 U.S.C. § 841(a)(1)-
Possession with Intent to Distribute and
Distribution of Heroin)

The Grand Jury charges that:

On or about April 25, 2004, at Boston, in the District of Massachusetts,

ROSS BAPTISTA

defendant herein, knowingly and intentionally possessed with intent to distribute, and distributed, a quantity of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

<u>COUNT TWO</u>

(21 U.S.C. § 841(a)(1)-
Possession with Intent to Distribute and
Distribution of Heroin)

The Grand Jury charges that:

On or about May 7, 2004, at Boston, in the District of Massachusetts,

ROSS BAPTISTA

defendant herein, knowingly and intentionally possessed with intent to distribute, and distributed, a quantity of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

**A TRUE BILL**

_____
Foreperson of the Grand Jury

_____
Jeffrey Auerhahn
Allison D. Burroughs
Assistant United States Attorneys

DISTRICT OF MASSACHUSETTS:

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk     @ 3:53pm
                 12/14/04

≋JS 45 (5/97) - (Revised USAO MA 3/25/02)

## Criminal Case Cover Sheet                                      U.S. District Court - District of Massachusetts

**Place of Offense:**          Category No. __II__          Investigating Agency __ATF__

City __Boston, MA__            **Related Case Information:**

County __Suffolk__             Superseding Ind./ Inf. _____   Case No. _____
                               Same Defendant _____   New Defendant _____
                               Magistrate Judge Case Number _____
                               Search Warrant Case Number _____
                               R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Ross Baptista__                          Juvenile  ☐ Yes  ☒ No

Alias Name __Ross Batista__

Address _____

Birth date: __1/20/75__   SS#: __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__   Sex: __M__   Race: __H__   Nationality: _____

**Defense Counsel if known:** _____   Address: _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __Allison D. Burroughs/Jeff Auerhahn__   Bar Number if applicable _____

Interpreter:  ☐ Yes  ☒ No          List language and/or dialect: _____

Matter to be SEALED:  ☒ Yes  ☐ No

☒ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ☒ Felony   2

Continue on Page 2 for Entry of U.S.C. Citations

☐ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __12/16/04__          Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

04CR10381JLT

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Ross Baptista, a/k/a Ross Batista

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. §841 | Possession w/ intent to distribute and distribution of heroin | 1, 2 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

baptistajs45.wpd - 3/13/02