AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

ROSS BAPTISTA, A/K/A ROSS BATISTA

## WARRANT FOR ARREST

CASE NUMBER: 04-10381- JLT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ROSS BAPTISTA, A/K/A ROSS BATISTA
                                                                  Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[✓] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
possession with intent to distribute and distribution of heroin

in violation of
Title _____ United States Code, Section(s) 841

Timothy Hillman                              USMJ
Name of Issuing Officer                      Title of Issuing Officer

[signature]                                  8/15/2006 - Boston
Signature of Issuing Officer                 Date and Location

Bail fixed at $ _____ by _____
                               Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.