UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,
    Plaintiff,
v.
                              CR 04-10381-JLT

ROSS BAPTISTA,
    Defendant,

ORDER OF APPOINTMENT OF COUNSEL

August 16, 2006

HILLMAN, M.J.

    It is hereby ORDERED that Oscar Cruz of the Federal Defender for the District of Massachusetts, 408 Atlantic Avenue, 3rd floor, Boston, Massachusetts, (617) 223-8061, is appointed to represent the above-named defendant in all proceedings related to the above-entitled case.

                              Timothy S. Hillman
                              MAGISTRATE JUDGE

                              By the Court:

                              /s/ Lisa B. Roland
                              Lisa B. Roland
                              Deputy Clerk