AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

**APPEARANCE**

Case Number: 04-CR-10381-JLT

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

ROSS BAPTISTA

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/21/2006 | *[signature]* |
| Date | Signature |
| | Carl Donaldson    645384 |
| | Print Name              Bar Number |
| | 240 Commercial St. 2nd Fl. |
| | Address |
| | Boston    MA    02109 |
| | City      State      Zip Code |
| | 617-270-9677 |
| | Phone Number            Fax Number |