AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2006 AUG 23 P 3:28
U.S. DISTRICT COURT
DISTRICT MASS

UNITED STATES OF AMERICA

V.

ROSS BAPTISTA, A/K/A ROSS BATISTA

**WARRANT FOR ARREST**

CASE NUMBER: 04-10381-JLT

RECEIVED
2006 AUG 15 A 10:4
U.S. MARSHAL SERVICE
BOSTON, MA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___ ROSS BAPTISTA, A/K/A ROSS BATISTA
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[x] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
possession with intent to distribute and distribution of heroin

in violation of
Title _____ United States Code, Section(s) 841

Name of Issuing Officer: Hillman
Title of Issuing Officer: USMJ

Signature of Issuing Officer: [signature]
Date and Location: 8/15/2006 - Boston

Bail fixed at $ _____ by _____
                                  Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

WARRANT EXECUTED BY AHR
ARREST/ARRAIGNMENT OF THE

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | | 8/16/06 |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.