UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL DIVISION
DOCKET No.: 1:2004-cr-10381-JLT

UNITED STATES OF AMERICA

v.

ROSS BAPTISTA

**DEFENDANT'S MOTION FOR RELEASE ON CONDITIONS**

The defendant, Ross Baptista, hereby moves the Court to withdraw it's order on detention and release the defendant on conditions.

### Background

The defendant was originally charged by indictment and then arrested and held on August 16, 2006. The Defendant and his family members have fully informed Pre-Trial services regarding their status in the community and the conditions that the Defendant may live under.

### Argument

Mr. Baptista was born in the United States and has lived in the Boston Community for over twenty (20) years.

8/25/06  [signature], M.J. Allowed. See Release Papers.

FILED
In Open Court
USDC, Mass.
Date 8/25/06
By JARRETT LOVETT

Mr. Baptista holds ~~Bachelors'~~ Associates Degree from Mt. Ida College here in Massachusetts.

Mr. Baptista is not a flight risk and is employable. Mr. Baptista has the full support of his family and will not commit further crimes while awaiting his case to go forward given the circumstances of his living conditions upon release. Finally, Mr. Baptista is not a danger to the community.

Accordingly, Mr. Baptista stands prepared to agree to whatever terms of release this Honorable Court deems necessary.

Respectfully submitted,
Ross Baptista
By his attorney,

/s/ Carl N. Donaldson
Carl N. Donaldson (BBO#645384)
CARL DONALDSON & ASSOCIATES
240 Commercial Street
Boston, MA 02108
617-270-9677

Date:  August 25, 2006