UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | |
| | ) | CRIMINAL ACTION NO. |
| **ROSS BATISTA,** | ) | 04-10381-JLT |
| | ) | |
| Defendant. | ) | |

**JOINT INITIAL STATUS CONFERENCE MEMORANDUM**

The parties submit herewith a Joint Initial Status Conference Memorandum in the above-captioned matter:

1. The government mistakenly addressed automatic discovery in this case to the defendant's original counsel, Oscar Cruz at the Federal Defender's Office, who, thinking he was receiving a courtesy copy, did not think to forward the discovery to successor counsel. This mistake was discovered on October 5, 2006, the date originally set for an initial status conference in this matter. Accordingly, automatic discovery was provided to current defense counsel on that date and the Initial Status Conference in this matter was re-scheduled to November 2, 2006.

2. The parties agree that the government will provide expert witness discovery no less than thirty (30) days prior to a firm trial date and that the defendant will provide expert witness discovery no less than twenty-one (21) days prior to a firm trial date.

3. The parties do not anticipate providing additional discovery as a result of their future receipt of information,

documents, or reports of examination or tests.

  4. The defendant cannot determine at this time whether or not he will have any pre-trial motions. The parties, therefore, request that a November 24, 2006 deadline be established for the filing of any such motions.

  5. The parties already have agreed and the Court has entered an order of excludable delay for the period of time from the defendant's August 21, 2006 arraignment on the Indictment through November 2, 2006. The parties also agree that the period of time from November 2, 2006 until the deadline set by the Court for the filing of pre-trial motions by the defendant also constitutes excludable delay pursuant to 18 U.S.C. § 3161(h)(8)(A) insofar as the ends of justice served by allowing the defendant time to determine if he has any viable pre-trial motions to follow outweigh the best interest of the public and the defendant in a speedy trial.

  6. A trial of this matter would take approximately three or four days.

  7. The parties request that a Final Status Conference be

scheduled for after November 24, 2006.

                        Respectfully submitted,

| | |
|---|---|
| ROSS BATISTA | MICHAEL J. SULLIVAN |
| By His Attorney | UNITED STATES ATTORNEY |
| | |
| *s/Carl Donaldson/* | By:   *s/Patrick Hamilton/* |
| CARL DONALDSON, ESQ. | PATRICK M. HAMILTON |
| 240 Commercial Street - 2nd Flr. | Assistant U.S. Attorney |
| Boston, MA 02109 | One Courthouse Way |
| (617) 270-9677 | Boston, MA 02210 |
| | (617) 748-3251 |

Dated:    November 2, 2006