UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | |
| ) | CRIMINAL ACTION NO. |
| **ROSS BATISTA,** ) | 04-10381-JLT |
| ) | |
| **Defendant.** ) | |

**JOINT MOTION FOR AN ORDER OF EXCLUDABLE DELAY FROM
AUGUST 21, 2006 THROUGH NOVEMBER 29, 2006**

Come now the United States of America and the defendant, Ross Batista, by and through their undersigned counsel and move this Honorable Court to issue an order of excludable delay under the Speedy Trial Act for the period of time from August 21, 2006 through November 29, 2006. In support of their joint motion, the parties set forth the following:

1. When the defendant first appeared before this Court, Attorney Oscar Cruz of the Federal Defender's Office was assigned to represent him.

2. At a later proceeding, Attorney Carl Donaldson entered his appearance as retained counsel for the defendant, who was arraigned on August 21, 2006.

3. When the government provided automatic discovery to the defendant, it mistakenly directed that discovery to Attorney Cruz instead of to Attorney Donaldson.

4. It was not until October 5, 2006 that the government not only realized its mistake but learned from Attorney Donaldson that he had not received any of the discovery provided by the government

to Attorney Cruz. Consequently, counsel for the defendant did not receive until October 5, 2006 the automatic discovery provided by the government.

5. Upon the parties' joint motion, the Court re-scheduled the Initial Status Conference in this matter from October 5 until November 2, 2006 in order to allow defense counsel additional time to review the discovery provided to him on October 5, 2006 in order to determine whether to make additional discovery requests of the government.

6. Prior to the November 2 Initial Status Conference, the parties filed a Joint Status Report and, at the status conference, defense counsel indicated a strong likelihood that this matter could be resolved with a trial, but asked for more time to explore such a resolution with the government as well as a deadline for the filing of non-discovery motions. The Court set a November 24, 2006 deadline for the filing of such motions and scheduled a Final Status Conference for November 29, 2006.

7. The twenty-eight-day period of time from the defendant's August 21, 2006 arraignment on the Indictment through September 18, 2006 constitutes excludable delay pursuant to Local Rule 112.2(A)(2). The parties also agree that the period of time from September 18, 2006 through November 29, 2006 also constitutes excludable delay pursuant to 18 U.S.C. § 3161(h)(8)(A) insofar as the ends of justice served by allowing the defendant time to review

the discovery provided by the government, to assess its completeness, to determine if he has any viable pre-trial motions to file and to explore with the government the possibility of resolving this matter without a trial outweigh the best interest of the public and the defendant in a speedy trial.

For all the foregoing reasons, the parties respectfully request that this Honorable Court grant their joint motion by issuing an order of excludable delay for the period from August 21, 2006 through November 29, 2006.

Respectfully submitted,

| | |
|---|---|
| ROSS BATISTA | MICHAEL J. SULLIVAN |
| By His Attorney | UNITED STATES ATTORNEY |
| | |
| _s/Carl Donaldson/_ | By: _s/Patrick Hamilton/_ |
| CARL DONALDSON, ESQ. | PATRICK M. HAMILTON |
| 240 Commercial Street - 2nd Flr. | Assistant U.S. Attorney |
| Boston, MA 02109 | One Courthouse Way |
| (617) 270-9677 | Boston, MA 02210 |
| | (617) 748-3251 |

Dated:    November 28, 2006