UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | |
| ) | CRIMINAL ACTION NO. |
| **ROSS BATISTA,** ) | 04-10381-JLT |
| ) | |
| Defendant. ) | |

**GOVERNMENT'S MOTION FOR AN ORDER OF EXCLUDABLE DELAY FROM NOVEMBER 29, 2006 THROUGH JANUARY 17, 2007**

Comes now the United States of America, by and through their undersigned counsel and moves this Honorable Court to issue an order of excludable delay under the Speedy Trial Act for the period of time from November 29, 2006 through January 17, 2007. In support of its motion, the government sets forth the following:

1. The parties, including the defendant, Ross Batista himself, appeared before Magistrate Judge Alexander on November 29, 2006 for what was scheduled as a Final Status Conference in the above-captioned matter.

2. At the November 29, 2006 status conference, the defendant's retained counsel, Carl Donaldson, Esq., advised the Court that it was possible that this matter could be resolved with a guilty plea, but also advised the Court that Attorney Donaldson had been suspended from the practice of law by the Massachusetts Board of Bar Overseers for a two-month period, from December 13, 2006 until February 13, 2007. Attorney Donaldson also advised the Court that he had so notified the defendant in writing.

3. The defendant himself confirmed that he was aware of

Attorney Donaldson's suspension and the defendant inquired of the Court if there was any way that the defendant could wait until Attorney Donaldson's suspension was over in order to allow the the defendant to continue thereafter to be represented by Attorney Donaldson.  Attorney Donaldson, for his part, made it clear that he could not and would not participate in any such discussion.

    4.   Magistrate Judge Alexander directed the defendant (who previously had been released on pre-trial conditions) to contact and confer with Attorney Oscar Cruz of the Federal Defender's Office (who had been assigned to represent the defendant before the defendant had retained Attorney Donaldson) concerning the defendant's options.  The Court also notified the parties that it was going to send this matter back to the District Court so that Judge Tauro could decide whether to have the defendant report to Magistrate Judge Hillman or to Judge Tauro himself concerning the defendant's preferred course of action.

    5.   The District Court recently scheduled this matter for a pre-trial conference before Judge Tauro on January 17, 2007.

    6.   The government submits that the defendant's expressed preference to wait for Attorney Donaldson's suspension to end was the functional equivalent of a motion to continue the Final Status Conference until sometime after February 13, 2006.  Therefore, the period of time from November 29, 2006 through January 18, 2007 and perhaps beyond should be excluded for purposes of the Speedy Trial

Act pursuant to 18 U.S.C. § 3161(h)(1)(F).

7. Furthermore, the interests of justice are served by allowing the defendant the opportunity to confer with Attorney Cruz, to consider his options and to request that he be able to maintain Attorney Donaldson as his attorney of choice. Therefore, the period of time from November 29, 2006 through January 17, 2007 also is excludable for purposes of the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) because, given the duration of the proposed delay, the nature of the charges and the defendant's interest in being represented by counsel he has previously retained, the interests of justice are served by granting the delay requested by the defendant and those interests outweigh the best interests of the public and the defendant in a speedy trial.

For all the foregoing reasons, the government respectfully requests that this Honorable Court grant its joint motion by issuing an order of excludable delay for the period from November 29, 2006 through January 18, 2007, if not beyond.

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                    UNITED STATES ATTORNEY

                       By:   *s/Patrick Hamilton/*
                            PATRICK M. HAMILTON
                            Assistant U.S. Attorney
                            One Courthouse Way
                            Boston, MA 02210
                            (617) 748-3251

Dated:   January 16, 2007

**CERTIFICATE OF SERVICE**

    I, Patrick Hamilton, do hereby certify that a copy of the foregoing has been served this date by first-class mail upon Attorney Carl Donaldson, 240 Commercial Street - 2nd Floor, Boston, MA 02109, counsel of record for the defendant, and upon Attorney Oscar Cruz, Federal Defender's Office, via electronic mail.

Date: January 16, 2007            _s/Patrick Hamilton/_
                                              Patrick M. Hamilton