UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| v. | * | Criminal No. 04-10381-JLT |
| | * | |
| ROSS BAPTISTA, | * | |
| | * | |
| Defendant. | * | |

ORDER

January 18, 2007

TAURO, J.

After a Status Conference held on January 18, 2007, this court hereby orders that:

1. After discussing with Defendant Baptista the status of his defense counsel, the court is satisfied that Defendant Baptista fully understands the situation regarding his retained attorney Carl Donaldson and that he is willing to waive the speedy trial clock until Attorney Donaldson returns to the case. Accordingly, the Government's <u>Motion for an Order of Excludable Delay from November 29, 2006 through January 17, 2007</u> [#18] is ALLOWED.

2. A Further Conference will be held on February 28, 2007 at 10:30 am.

IT IS SO ORDERED.

     /s/ Joseph L. Tauro     
United States District Judge