UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | |
| ) | **CRIMINAL ACTION NO.** |
| **ROSS BATISTA,** ) | **04-10381-JLT** |
| ) | |
| Defendant. ) | |

**GOVERNMENT'S MOTION FOR AN ORDER OF EXCLUDABLE DELAY FROM JANUARY 17, 2007 THROUGH FEBRUARY 28, 2007**

Comes now the United States of America, by and through the undersigned counsel, and moves this Honorable Court to issue an order of excludable delay under the Speedy Trial Act for the period of time from January 17, 2007 through February 28, 2007. In support of its motion, the government sets forth the following:

1. On January 17, 2007, the defendant, Ross Batista, appeared in court before the Honorable Joseph L. Tauro, accompanied by Attorney Oscar Cruz of the Federal Defender's Office, who represented the defendant for the purposes of that day's proceedings.

2. At the January 17, 2007 proceeding, Attorney Cruz advised the Court that he had met with the defendant and had reviewed the defendant's options in light of the two-month suspension of the license to practice law experienced by the defendant's retained counsel and further advised the Court that the defendant wished to continue to be represented by his retained counsel once the latter's two-month suspension expired on or about February 13, 2007. Attorney Cruz further indicated that the defendant was

willing to exclude any resulting delay for purposes of the Speedy Trial Act. The defendant himself confirmed Attorney Cruz's representations to the Court.

3. Based on the foregoing, the Court scheduled this matter for a pre-trial conference on February 28, 2007 at 2:00 p.m..

4. The interests of justice are served by allowing the defendant the opportunity to maintain his retained attorney as his attorney of choice. Therefore, the period of time from January 17, 2007 through February 28, 2007 is excludable for purposes of the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) because, given the duration of the proposed delay, the nature of the charges and the defendant's interest in being represented by counsel he has previously retained, the interests of justice are served by granting the delay requested by the defendant and those interests outweigh the best interests of the public and the defendant in a speedy trial.

For all the foregoing reasons, the government respectfully requests that this Honorable Court grant its motion by issuing an order of excludable delay for the period from January 17, 2007 through February 28, 2007.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    UNITED STATES ATTORNEY

By:   *s/Patrick Hamilton/*
    PATRICK M. HAMILTON
    Assistant U.S. Attorney

>One Courthouse Way
>Boston, MA 02210
>(617) 748-3251

Dated:  January 29, 2007

## CERTIFICATE OF SERVICE

    I, Patrick Hamilton, do hereby certify that a copy of the foregoing has been served this date by first-class mail upon Attorney Carl Donaldson, 240 Commercial Street - 2nd Floor, Boston, MA 02109, counsel of record for the defendant, and upon Attorney Oscar Cruz, Federal Defender's Office, via electronic mail.

Date: January 29, 2007        <u>s/Patrick Hamilton/</u>
                                          Patrick M. Hamilton