UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>     v.    )<br>)    CRIMINAL ACTION NO.<br>**ROSS BATISTA,**    )    04-10381-JLT<br>)<br>     **Defendant.**    ) | |

**JOINT MOTION FOR AN ORDER OF EXCLUDABLE DELAY FROM**
**FEBRUARY 28, 2007 THROUGH APRIL 3, 2007**

Come now the United States of America and the defendant, Ross Batista, by and through their undersigned counsel and move this Honorable Court to issue an order of excludable delay under the Speedy Trial Act for the period of time from February 28, 2007 through April 3, 2007. In support of their joint motion, the parties set forth the following:

1. At a February 28, 2007 status conference before the Court, counsel for the defendant advised the Court that he needed more time to meet with the defendant to determine if this matter can be resolved short of a trial and requested that the Court schedule a further status conference on April 3, 2007. Through counsel, the defendant also indicated that he was willing to exclude any resulting delay for purposes of the Speedy Trial Act.

2. Based on the foregoing, the Court scheduled this matter for a further conference on April 3, 2007.

3. The interests of justice are served by allowing the defendant the opportunity to confer with his retained attorney to determine if the charges against him can or should be resolved

without recourse to a trial. Therefore, the period of time from February 28, 2007 through April 3, 2007 is excludable for purposes of the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) because, given the duration of the proposed delay, the nature of the charges and the defendant's interest in being represented and advised by counsel he has previously retained, the interests of justice are served by granting the delay requested by the defendant and those interests outweigh the best interests of the public and the defendant in a speedy trial.

For all the foregoing reasons, the parties respectfully requests that this Honorable Court grant their joint motion by issuing an order of excludable delay for the period from February 28, 2007 through April 3, 2007.

Respectfully submitted,

| | |
|---|---|
| ROSS BATISTA | MICHAEL J. SULLIVAN |
| By His Attorney | UNITED STATES ATTORNEY |
| | |
| _s/Carl Donaldson/_ | By: _s/Patrick Hamilton/_ |
| CARL DONALDSON, ESQ. | PATRICK M. HAMILTON |
| 240 Commercial Street - 2nd Flr. | Assistant U.S. Attorney |
| Boston, MA 02109 | One Courthouse Way |
| (617) 270-9677 | Boston, MA 02210 |
| | (617) 748-3251 |

Dated:   March 2, 2007