```
             UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA  )
                          )    CRIMINAL NO. 04-10381-JLT
        v.                )
                          )
ROSS BATISTA              )
```

WITHDRAWAL OF APPEARANCE

I hereby request that the Court withdraw my appearance as attorney for the United States in this case. Assistant U.S. Attorney William Connolly has entered an appearance on behalf of the United States. In addition to withdrawing my appearance as attorney for the United States, I request that my name and e-mail address be deleted from the list of persons receiving electronic notice of filings in this case.

                                             Respectfully submitted,

                                             /s/ Patrick M. Hamilton
                                             PATRICK M. HAMILTON

Dated: June 15, 2007