# UNITED STATES DISTRICT COURT

DISTRICT OF      MASSACHUSETTS

United States

**V.**

Ross Baptista

**APPEARANCE**

Case Number: 04-10381-JLT

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for     the United States

I certify that I am admitted to practice in this court.

| | |
|---|---|
| June 21, 2007 | /s/ William H. Connolly |
| Date | Signature |
| | William H. Connolly |
| | Print Name      Bar Number |
| | One Courthouse Way |
| | Address |
| | Boston      MA |
| | City      State      Zip Code |
| | 617-748-3174      617-748-3965 |
| | Phone Number      Fax Number |