UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| v. | * | Criminal No. 04-10381-JLT |
| | * | |
| ROSS BAPTISTA, | * | |
| | * | |
| Defendant. | * | |

ORDER

September 4, 2007

TAURO, J.

After a Final Pre-Trial Conference held on September 4, 2007, this court hereby orders that:

1. Because both parties agreed to postpone the Trial, originally scheduled for September 10, 2007, until December 3, 2007, defendant shall waive the speedy trial clock until the Trial begins.

2. Defendant's oral motion for a pre-plea pre-sentencing report is ALLOWED. Probation shall prepare the report forthwith.

3. A Trial will be held on December 3, 2007 at 10:00 am..

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge