UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) ) ) ) | CRIMINAL NO. 04-10381-JLT |
| **ROSS BAPTISTA,** | ) ) | |
| Defendant | ) | |

## ASSENTED-TO MOTION TO CONTINUE FINAL REVOCATION HEARING TO SEPTEMBER 20, 2010

The United States of America, by its attorneys Carmen M. Ortiz, United States Attorney for the District of Massachusetts and Assistant United States Attorney James E. Arnold, hereby moves the Court to continue the final revocation hearing in this matter to September 20, 2010. In support of this motion, the Government submits as follows:

1. On January 23, 2008, this Court sentenced Defendant Ross Baptista to 5 months in prison, followed by 3 years' supervised release in connection for his conviction for possession with intent to distribute and distribution of heroin, in violation of Title 21, United States Code, 841(a)(1).

2. On August 18, 2010, the United States Probation Office notified the Court of evidence indicating that Defendant Baptista had violated one of the mandatory conditions of supervised release – namely, "while on supervised release, the defendant shall not commit another federal, state, or local crime." On August 19, 2010, this Court ordered the issuance of an arrest warrant for Defendant Baptista.

  3. On August 26, 2010, Defendant Ross Baptista appeared for his initial appearance, waived a probable cause hearing, and agreed to voluntary detention.  The final supervised release revocation hearing was set for September 9, 2010.

  4. September 9, 2010, is the Jewish High Holiday, Rosh Hashanah.  As a result, undersigned counsel will not be available on that date.  Accordingly, counsel respectfully requests that the hearing be reset for September 20, 2010 at 2:15 p.m.

  5. Government counsel has consulted with counsel for Defendant Baptista, who has assented to the granting of this motion.

          Respectfully submitted,

          CARMEN M. ORTIZ
          United States Attorney

    By: /s/ James E. Arnold
      JAMES E. ARNOLD
      Assistant U.S. Attorney
      1 Courthouse Way
      Suite 9200
      Boston, MA  02210
      (617) 748-3603

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

          /s/ James E. Arnold
          JAMES E. ARNOLD
          Assistant United States Attorney

Date: August 26, 2010