AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| _Ross Batista_ | ) | Case No.  04 - 10381 - JLT |
| Defendant | ) | |
| | ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: _8/26/10_

X _____
                          *Defendant's signature*

_____
                  *Signature of defendant's attorney*

_Oscar Cruz, Jr._
*Printed name and bar number of defendant's attorney*

_51 Sleeper St. 5th Floor_
_Boston, MA 02210_
*Address of defendant's attorney*

_Oscar_Cruz@fd.org_
*E-mail address of defendant's attorney*

_617-223-8061_
*Telephone number of defendant's attorney*

_617-223-8080_
*FAX number of defendant's attorney*