◆AO 442   (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ MASSACHUSETTS _____

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WARRANT FOR ARREST** |
| ROSS BAPTISTA | Case Number: CR 04- 10381-JLT |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ ROSS BAPTISTA _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complain  ☐ Order of court  x Violation  ☐ Probation Violation Petition

charging him or her   (brief description of offense)

VIOLATION OF CONDITIONS OF SUPERVISED RELEASE.

in violation of _____ United States Code, Section(s) _____

Zita Lovett                                              Deputy Clerk
Name of Issuing Officer                                  Title of Issuing Officer

/s/ Zita Lovett                                          19__, Boston, MA
Signature of Issuing Officer                             Date and Location

Bail fixed at $ _____   by _____
                       Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant

| DATE RECEIVED | NAME AND TITLE | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |