UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CR 04-10381-JLT

V

ROSS BAPTISTA

### REVOCATION JUDGMENT

TAURO, D.J.

February 25, 2011

The defendant having come before me on **February 14, 2011 for the purpose of a Revocation of Supervised Release hearing** and having admitted to the Violations as described in the United States Probation Petition for Warrant dated August 18, 2010, it is the finding of this Court that the defendant violated the terms of supervised release as set down by the Court on January 23, 2008.

Therefore, sentence is imposed as follows:

1. SUPERVISED RELEASE IS REVOKED.

2. 15 MONTHS CUSTODY OF THE BUREAU OF PRISONS.

3. NO FURTHER SUPERVISED RELEASE.

SO ORDERED,

JOSEPH TAURO,
U.S.D.J. 2/28/11